UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL C. RICHMOND, | ) | |
| | ) | |
| Petitioner, | ) | 3:12-cv-00260-RCJ-WGC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEVADA ATTORNEY GENERAL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has submitted a habeas petition and seeks leave to proceed *in forma pauperis*. (ECF No. 1). In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2). Petitioner in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new petition in a new action, with a proper *in forma pauperis* application in compliance with 28 U.S.C. § 1915(a).

1    **IT FURTHER IS ORDERED** that the clerk of the court shall send petitioner two copies of
2    an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two
3    copies of a blank 28 U.S.C. § 2254 habeas corpus form, one copy of instructions for the same, and a
4    copy of the petition in this action.
5    **IT IS FURTHER ORDERED** that petitioner may file a new petition and *in forma pauperis*
6    application in a new action, but he may not file further documents in this action.
7    **IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.
8    Dated this 7th day of June, 2012.

_____
CHIEF UNITED STATES DISTRICT JUDGE