AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

DANIEL C. RICHMOND,

    Petitioner,    JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:12-CV-00260-RCJ-WGC**

NEVADA ATTORNEY GENERAL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

June 7, 2012          **LANCE S. WILSON**
                                  Clerk

                             /s/ M. Campbell
                              Deputy Clerk